IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| THONY BEAUBRUN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 324-043 |
| DODGE STATE PRISON; LIEUTENANT BRAY; and OFFICER BENTLEY, | ) ) ) ) | |
| Defendants. | ) ) | |

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

JUL 12 2024

FILED

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. In his response to the Report and Recommendation, Plaintiff explains "it is no longer necessary" to continue with this case because the Eleventh Circuit Court of Appeals has reinstated his appeal in a prior case, Beaubrun v. Dodge State Prison, No. 3:22-cv-00097, doc. no. 62 (S.D. Ga. June 25, 2024) ("CV 322-097"). Plaintiff, therefore, has no objection to the recommendation for dismissal of the instant case. (See doc. no. 8.)

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's request to proceed *in forma pauperis*, (doc. no. 4), and "Motion to Acknowledge Court Fees Payment and Credit Previous Payments," (doc. no. 5), **DISMISSES** this action without prejudice, and **CLOSES** this civil action. The Court recognizes Plaintiff's stated intent to pursue his claims via the pending appeal in CV 322-

097, but should he wish to proceed with the claims in the instant case in the future, he must initiate a new lawsuit, which would require submission of a new complaint. See Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002).

SO ORDERED this 12th day of July, 2024, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE